No. 63205.—Hensel, Bruckmann & Lorbacher; Inc., et al. *v.* United States, protests 244962–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items consist of narrow woven fabrics, with fast edges, similar in all material respects to those involved in *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claims of plaintiffs were sustained, and the items marked "A" were held dutiable at 17½ percent under paragraph 912, as modified, *supra*. The items marked "B" were held dutiable at 25 cents per pound and 25 percent ad valorem under paragraph 1308, as modified, *supra*.

JUNE 23, 1959

No. 63206.—Parsons & Whittemore, Inc. *v.* United States, protest 291305–K/14769.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 30, 1959

No. 63207.—Accurate Millinery Co. *v.* United States, protest 58/22359 (A) (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C.C.P.A. 229, C.A.D. 599), the claim of the plaintiff was sustained.

No. 63208.—Embrusa, Inc. *v.* United States, protest 59/4415 (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C.C.P.A. 229, C.A.D. 599), the claim of the plaintiff was sustained.

No. 63209.—Davies, Turner & Co. *v.* United States, protest 58/4252 (Philadelphia).

Opinion by Mollison, J. The protest was dismissed.

No. 63210.—Guy B. Barham Company, for Hallie St. Mary *v.* United States, protest 58/12120 (Los Angeles).

Opinion by Mollison, J. The protest was dismissed.

No. 63211.—Servicised Products Corporation *v.* United States, protests 58/15868–10135 and 58/15869–10136 (Chicago).

Opinion by Mollison, J. The protests were dismissed.

No. 63212.—Lep Transport, Inc., et al. *v.* United States, protests 58/16339(C), etc. (New York).

Opinion by Mollison, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, JUNE 30, 1959

No. 63213.—Atlanta Newspapers, Inc. *v.* United States, protest 312339–K (Tampa).

Opinion by Rao, J. In accordance with stipulation of counsel that 34 percent of the paper conforms in all respects to the specifications for standard newsprint paper and is of a class or kind of paper which was chiefly used for the printing of newspapers on and prior to June 17, 1930, the claim of the plaintiff was sustained with respect to said 34 percent of the merchandise.